# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:12cv161

| | |
|---|---|
| KRISTINE SONDERGELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Motion and Application for Special Admission [# 12]. Ronald C. Puzio, Jr., Esq. moves for leave to appear pro hac vice in this case and for leave to appear by special admission without associating with local counsel. Mr. Puzio is not a member of the North Carolina bar and is not licenced to practice in this Court. He has not associated with local counsel and requests that this Court allow him to practice here without doing so.

The Court **DENIES** the motion [# 12]. The Court will not grant Mr. Puzio leave to practice in this Court by special admission pursuit to Local Rule 83.1(D)(2). If Mr. Puzio wants to be admitted pro hac vice in this case, he must associate himself with local counsel who is admitted in this Court.

-1-

Signed: July 19, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge